UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YEMALIA AYALA, on behalf of minor A.A.,
                                       Plaintiff,

                    -v-

COMMISSIONER OF SOCIAL SECURITY,
                                       Defendant.
------------------------------------------------------------X

19 CIVIL 3318 (PAE)(KNF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 27, 2020, the Court ALJ's final decision is reversed and remanded to the Commissioner for further administrative proceedings, pursuant to 42 U.S.C. § 405(g); accordingly, the case is closed.

**Dated:** New York, New York
January 29, 2020

                                       **RUBY J. KRAJICK**
                                       _____
                                       **Clerk of Court**
                         BY:           _____
                                       **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2020